Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-00083RAJ |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DUE DATE |
| vs. | |
| ANDREW LEE HARRIS, | |
| Defendant. | |

Upon the unopposed motion of the defense to continue the pretrial motions' due date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the Defendant's unopposed motion (Dkt. #18) is GRANTED. All pretrial motions, including motions in limine, shall be filed no later than June 8, 2015.

DATED this 2nd day of June, 2015.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED MTN TO
CONTINUE PTMs DUE DATE  - 1
*USA v. Harris* / CR15-00083RAJ

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**