The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br><br>v.<br><br>ANDREW LEE HARRIS,<br><br>Defendant. | NO. CR15-083 RAJ<br><br>ORDER ON PRETRIAL MOTIONS |

THIS MATTER comes before the court on Defendant's Motion to Suppress Physical Evidence, Defendant's Motion to Sever or Bifurcate Certain Counts for Trial, and Defendant's Motion in Limine to Exclude Expert Testimony.  Having considered the parties' briefing and the argument presented by counsel, for the reasons stated on the record the court orders as follows:

Defendant's Motion to Suppress (Dkt. #20) is DENIED.   Defendant's Motion to Bifurcate and For Separate Trials (Dkt. #34) is GRANTED IN PART.  Count 6 is bifurcated for trial.  Defendant's request for a *Daubert* hearing regarding the testimony of Detective Tomlinson is DENIED.  Defendant's Motion in Limine to Exclude Expert Testimony (Dkt. #39)  is DENIED.

DATED this 8th day of July, 2015.

The Honorable Richard A. Jones
United States District Judge

ORDER ON PRETRIAL MOTIONS - 1