HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-083-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO FILE OVERLENGTH MOTION |
| ANDREW LEE HARRIS, | |
| Defendant. | |

This matter has come before the Court on Mr. Harris' motion to file an overlength motion for compassionate release. The Court, having considered the motion and the records herein, and finding good cause,

IT IS NOW ORDERED that Mr. Harris' motion to file an overlength motion (Dkt. #135) is GRANTED.

DATED this 20th day of October, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO FILE
OVERLENGTH MOTION
(*USA v. Harris*, CR15-083-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100