HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> ANDREW LEE HARRIS, </br></br> Defendant. | No. CR15-083-RAJ </br></br> ORDER GRANTING MOTION TO SEAL EXHIBIT |

THIS MATTER has come before the Court on Defendant's Motion to Seal Exhibit B (BOP medical records) to his motion for compassionate release. The Court has considered the motion and records in this case and finds there are compelling reasons to file the exhibit under seal.

IT IS ORDERED that Defendant's Motion to Seal (Dkt. #137) is GRANTED. Exhibits B to Defendant's motion for compassionate release shall remain filed under seal.

DATED this 21st day of October, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL EXHIBIT
(*USA v. Harris*, CR15-083-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**